# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BRIAN BLYTHE,<br><br>　　　　　　Defendant. | CASE NO.: 23-cr-02379-W<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE** |

　　Upon joint motion of the parties, **IT IS HEREBY ORDERED** that the Motion Hearing currently scheduled for February 26, 2024 be continued to March 18, 2024 at 9:00 a.m.

　　It is further ordered that time should be excluded in the interests of justice. See 18 U.S.C. § 3161(h)(7)(A).

　　**SO ORDERED.**

DATED: 2/22/24

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE